| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD<br>   & SCHULMAN LLP |
| 2 | JEFF S. WESTERMAN (SBN 94559)<br>ELIZABETH P. LIN (SBN 174663) |
| 3 | 355 S. Grand Avenue, Suite 4170<br>Los Angeles, CA 90071-3172 |
| 4 | Telephone: (213) 617-1200<br>(213) 617-1975 (fax) |
| 5 | |
| | Lead Counsel for the Class |
| 6 | |
| 7 | LAW OFFICES OF CHARLES<br>   J. PIVEN, P.A. |
| 8 | Charles J. Piven<br>The World Trade Center-Baltimore |
| 9 | 401 East Pratt Street, Suite 2525<br>Baltimore, MD 21201 |
| 10 | Telephone: (410) 332-0030 |
| 11 | Plaintiff's Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>                         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C-04-04362 MJJ<br><br>[Consolidated with Case No. C-04-05106-MJJ]<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

STIP & [PROP] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ
(Consolidated with Case No. C-04-05106 MJJ)

WHEREAS, on April 5, 2005, the Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint") was filed against defendants;

WHEREAS, defendants' motion to dismiss the Consolidated Complaint was heard and taken under submission by the Court on August 16, 2005;

WHEREAS, a Case Management Conference is currently set for September 13, 2005, at 2:00 p.m., and the Joint Case Management Statement is due to be filed and served 10 days prior to the Case Management Conference;

WHEREAS, the parties wish to continue the date of the Case Management Conference and the date to file and serve the Joint Case Management Statement until after the Court rules on the defendants' motion to dismiss;

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as follows:

1. The Case Management Conference currently set for September 13, 2005, at 2:00 p.m., shall be continued to December 13, 2005, at 2:00 p.m.;

2. The Joint Case Management Statement shall be filed and served 10 days prior to the Case Management Conference.

DATED: August 26, 2005

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
ELIZABETH P. LIN

By:     /s/ Elizabeth P. Lin
          ELIZABETH P. LIN

Lead Counsel for Class

DATED: August 26, 2005

DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE

By:     /s/ David Priebe
          DAVID PRIEBE

Attorneys for Defendants

STIP & [PROP] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ
(Consolidated with Case No. C-04-05106 MJJ) - 1 -
DOCS\306324v1

1 **ORDER**

2 Having read and considered the parties' Stipulation and [Proposed] Order to Continue

3 Case Management Conference,

4     IT IS SO ORDERED.

5

6 DATED: August **30**, 2005                  _/s/ Martin J. Jenkins_

7                                                    The Honorable Martin J. Jenkins
United States District Court Judge