| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP |
| 2 | JEFF S. WESTERMAN (SBN 94559)<br>ELIZABETH P. LIN (SBN 174663) |
| 3 | 355 S. Grand Avenue, Suite 4170<br>Los Angeles, CA 90071-3172 |
| 4 | Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 |
| 5 | |
|   | Lead Counsel for the Class |
| 6 | |
| 7 | LAW OFFICES OF CHARLES<br>  J. PIVEN, P.A. |
| 8 | Charles J. Piven<br>The World Trade Center-Baltimore |
| 9 | 401 East Pratt Street, Suite 2525<br>Baltimore, MD 21201 |
| 10 | Telephone: (410) 332-0030<br>Facsimile: (401) 685-1300 |
| 11 | |
|   | Plaintiff's Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated, | ) Case No. C-04-04362 MJJ<br>)<br>) [Consolidated with Case No. C-04-05106-MJJ] |
| Plaintiff, | )<br>) CLASS ACTION |
| vs. | )<br>) STIPULATION AND [PROPOSED] ORDER |
| AXT, INC., and MORRIS S. YOUNG, | ) RE DATE FOR FILING AND RESPONDING<br>) TO SECOND AMENDED CONSOLIDATED |
| Defendants. | ) COMPLAINT<br>) |

STIP & [PROP] ORDER RE DATE FOR FILING & RESPONDING TO SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. C-04-04362 MJJ
(Consolidated with Case No. C-04-05106 MJJ)

1  WHEREAS, on September 21, 2005, the Court issued an Order granting Defendants' Motion to Dismiss the Consolidated Complaint without prejudice and allowed for the filing of an amended complaint (the "Second Amended Consolidated Complaint") within thirty days of the Order;

WHEREAS, the parties agree that Lead Plaintiff may have additional time to file the Second Amended Consolidated Complaint; and

WHEREAS, the parties agree to a schedule with respect to the filing of Defendants' response to the Second Amended Consolidated Complaint;

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as follows:

1. Lead Plaintiff shall file and serve the Second Amended Consolidated Complaint by November 14, 2005;

2. Defendants shall respond to the Second Amended Consolidated Complaint within 30 days of service thereof. If Defendants respond to the Second Amended Consolidated Complaint by filing a motion to dismiss, Lead Plaintiff's opposition shall be filed within 30 days thereafter, and Defendants' reply shall be filed within 20 days after service of the opposition brief.

DATED: October 14, 2005

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
KAREN ROGERS
ELIZABETH P. LIN

By: \s\ ELIZABETH P. LIN
       ELIZABETH P. LIN

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for Class

DATED: October 14, 2005

DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE

By: \s\ DAVID PRIEBE
       DAVID PRIEBE

STIP & [PROP] ORDER RE DATE FOR FILING & RESPONDING TO SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. C-04-04362 MJJ
(Consolidated with Case No. C-04-05106 MJJ)                                             - 1 -
DOCS\317019v1

2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2056
Facsimile:   (650) 833-2001

Attorneys for Defendants

\* \* \*

# ORDER

Having read and considered the parties' Stipulation and [Proposed] Order Re Date for Filing and Responding to the Second Amended Consolidated Complaint.

IT IS SO ORDERED.

DATED:   October 23, 2005

*[signature]*
The Honorable Martin J. Jenkins
United States District Judge

STIP & [PROP] ORDER RE DATE FOR FILING & RESPONDING TO SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO.  C-04-04362 MJJ
(Consolidated with Case No. C-04-05106 MJJ)                                                                                                    - 2 -
DOCS\317019v1