1  MILBERG WEISS BERSHAD
    & SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN 94559)
    KAREN T. ROGERS (SBN 185465)
3  355 S. Grand Avenue, Suite 4170
    Los Angeles, CA 90071-3172
4  Telephone: (213) 617-1200
    Facsimile: (213) 617-1975

5  Lead Counsel for the Class

7  LAW OFFICES OF CHARLES
    J. PIVEN, P.A.
8  Charles J. Piven
    The World Trade Center-Baltimore
9  401 East Pratt Street, Suite 2525
    Baltimore, MD 21201
10 Telephone: (410) 332-0030
    Facsimile: (401) 685-1300

11 Plaintiff's Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>    Defendants. | Case No. C-04-04362 MJJ<br><br>[Consolidated with Case No. C-04-05106-MJJ]<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: December 13, 2005<br>TIME: 2:00 p.m.<br>CTRM.: 11<br>ASSIGNED: Hon. Martin J. Jenkins |

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - CASE NO. C-04-04362 MJJ
DOCS\327795v1

1     WHEREAS, the Court has scheduled a Case Management Conference for December 13, 2005 at 2:00 p.m., in the above matter;

3     WHEREAS, defendants intend to file a motion to dismiss plaintiff's Amended Consolidated Complaint, to be filed no later than December 19, 2005;

5     WHEREAS, the parties believe that a Case Management Conference would be most effective if held after the hearing on defendants' motion to dismiss, which under the current briefing schedule should be held in mid- to late February, 2006;

8     THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's approval, that:

(1)   The Case Management Conference shall be continued until after the hearing on defendants' motion to dismiss; and

(2)   The Case Management Statement shall be filed and served ten (10) days prior to the Case Management Conference.

DATED: November 28, 2005

MILBERG WEISS BERSHAD
   & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS

_____
KAREN T. ROGERS

355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for the Class

LAW OFFICES OF CHARLES
   J. PIVEN, P.A.
CHARLES J. PIVEN
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21201
Telephone: (410) 332-0030
Facsimile: (401) 685-1300

Plaintiffs Counsel

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE - CASE NO. C-04-04362 MJJ     - 1 -
DOCS\327795v1

DATED: November 1_, 2005      DLA PIPER RUDNICK GRAY CARY
                              DAVID A. PRIEBE

_____
DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2056
Facsimile: (650) 833-2001

Attorneys for Defendants

\* \* \*

**ORDER**

IT IS SO ORDERED:

(1) The Case Management Conference shall be continued until after the hearing on defendants' motion to dismiss; and

(2) The Case Management Statement shall be filed and served ten (10) days prior to the Case Management Conference.

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE