SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: (858) 677-1400
Fax: (858) 677-1401

DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
DAVID BANIE (Bar No. 217924)
david.banie@dlapiper.com
TIFFANY HARRIS-SUTTON (Bar No. 225676)
tiffany.sutton@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

Attorneys for Defendants
AXT, INC. *and* MORRIS S. YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. MORGAN, Individually and On Behalf of All Others Similarly Situated, *Plaintiff*, v. AXT, INC. and MORRIS S. YOUNG, *Defendants*. | CASE NO. C 04-04362 MJJ [Consolidated with Case No. C 04-05106 MJJ] <u>CLASS ACTION</u> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING OF MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** The Honorable Martin J. Jenkins   GRANTED |

DLA PIPER RUDNICK GRAY CARY US LLP

#7197632 (EM)

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

## STIPULATION

WHEREAS, Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Lead Plaintiff"), served the Consolidated Amended Complaint (the "Complaint") on November 14, 2005; and

WHEREAS, defendants AXT, Inc. and Morris S. Young ("Defendants") intend to move to dismiss the Complaint; and

WHEREAS, by the parties' prior stipulation and Court order dated October 23, 2005, the motion to dismiss presently is due to be filed 30 days after service of the Complaint, or Monday, December 19, 2005; Lead Plaintiff's opposition brief is due within 30 days thereafter; and Defendants' reply brief is due 20 days after service of the opposition brief; and

WHEREAS, Defendants have requested a brief extension of time (one additional week) and a brief extension of the page limit (three pages in addition to the 25 pages prescribed by the Local Rules) to fully address the issues presented by the Complaint, and Lead Plaintiff has agreed to these requests; and

WHEREAS, Defendants have not requested any prior extensions for the response dates or briefing schedules to Lead Plaintiff's consolidated complaints; and the proposed extension of the time to respond would not alter any hearing dates in this case;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendants shall file and serve their motion to dismiss the Complaint by Tuesday, December 27, 2005. (Monday, December 26 is a Court holiday). Lead Plaintiff's opposition brief shall be filed by Tuesday, January 31, 2006; and Defendants' reply brief shall be filed by Tuesday, February 21, 2006.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

DLA PIPER RUDNICK GRAY CARY US LLP

1

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

2. Defendants may file a moving brief up to twenty-eight (28) pages in length, using the page counting rules prescribed by the Local Rules; and Lead Plaintiff may file an opposition brief up to twenty-eight (28) pages in length, also using the page counting rules prescribed by the Local Rules.

Dated: December 15, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By _____
David Priebe
Attorneys for Defendants

Dated: December 15, 2005

MILBERG WEISS BERSHAD & SCHULMAN LLP

By _____ as expressly authorized
Karen T. Rogers                                                      pp
Attorneys for Lead Plaintiff

### ORDER

Pursuant to the parties' stipulation, it is so ordered.

Date: 1/31/2006

_____
UNITED STATES DISTRICT JUDGE

DLA PIPER RUDNICK GRAY CARY US LLP

2

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]