1  MILBERG WEISS BERSHAD
     &amp; SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN 94559)
   KAREN T. ROGERS (SBN 185465)
3  355 S. Grand Avenue, Suite 4170
   Los Angeles, CA 90071-3172
4  Telephone: (213) 617-1200
   Facsimile: (213) 617-1975
5
   Lead Counsel for the Class
6

7  LAW OFFICES OF CHARLES
     J. PIVEN, P.A.
8  Charles J. Piven
   The World Trade Center-Baltimore
9  401 East Pratt Street, Suite 2525
   Baltimore, MD 21201
10 Telephone: (410) 332-0030
   Facsimile: (401) 685-1300
11
   Plaintiff's Counsel
12

13                         UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                             SAN FRANCISCO DIVISION

16 THOMAS O. MORGAN, Individually and on ) Case No. C-04-04362 MJJ
   Behalf of all others Similarly Situated, )
17                                     ) [Consolidated with Case No. C-04-05106-MJJ]
                           Plaintiff, )
18                                       ) <u>CLASS ACTION</u>
      vs. )
19                                        ) STIPULATION OF NON-OPPOSITION
   AXT, INC., and MORRIS S. YOUNG, ) REGARDING REMOVAL OF
20                                        ) INCORRECTLY FILED DOCUMENT
                       Defendants. )
21                                        )

22

23

24

25

26

27

28

STIP OF NON-OPPOSITION RE REMOVAL OF INCORRECTLY FILED DOCUMENT
CASE NO. C-04-04362 MJJ
DOCS\341380v1

1  On January 31, 2006, plaintiff incorrectly e-filed an exhibit while attempting to e-file
2 plaintiff's Opposition to Motion to Dismiss Amended Consolidated Complaint. The opposition and
3 supporting exhibits were posted as document #55. The incorrectly filed exhibit in support of the
4 opposition is related to another case and contains information protected by the attorney work-product
5 doctrine. On January 31, 2006, plaintiff e-filed the Opposition to Motion to Dismiss Amended
6 Consolidated Complaint and correct supporting exhibits and this document was posted to the ECF
7 system as document #56. On February 1, 2006, plaintiff notified defense counsel by telephone that
8 an exhibit to document #55 had been inadvertently e-filed in error and contained information
9 protected by the attorney work-product doctrine. On February 1, 2006, defense counsel David A.
10 Priebe of DLA Piper Rudnick Gray Cary US LLP agreed via telephone not to open or print docket
11 #55. Defense counsel has agreed not to oppose plaintiff's Motion to Remove Incorrectly Filed
12 Document #55 from the ECF system.

13  THEREFORE, IT IS HEREBY STIPULATED that defense counsel will not oppose
14 plaintiff's Motion to Remove Incorrectly Filed Document #55 from the ECF system.

15  SO STIPULATED.

16 DATED: February 2, 2006                    MILBERG WEISS BERSHAD
                                              & SCHULMAN LLP

18                                                    /s/ KAREN T. ROGERS
                                                    KAREN T. ROGERS

                                              355 S. Grand Avenue, Suite 4170
20                                            Los Angeles, CA  90071
                                              Telephone:  (213) 617-1200
21                                            Facsimile:  (213) 617-1975

22 DATED: February 2, 2006                    DLA PIPER RUDNICK GRAY CARY

                                                      /s/ DAVID A. PRIEBE
24                                                   DAVID A. PRIEBE

25                                            2000 University Avenue
                                              East Palo Alto, CA  94303
26                                            Telephone:  (650) 833-2056
                                              Facsimile:   (650) 833-2001

STIP OF NON-OPPOSITION RE REMOVAL OF INCORRECTLY FILED DOCUMENT
CASE NO.   C-04-04362 MJJ                                                           - 1 -
DOCS\341380v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

2. That on February 2, 2006, declarant served the STIPULATION OF NON-OPPOSITION REGARDING REMOVAL OF INCORRECTLY FILED DOCUMENT by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2006, at Los Angeles, California.

/s/ FAIRTH FARINA
FAITH FARINA

# AXT
# SERVICE LIST

**Counsel for Plaintiff**

JEFF S. WESTERMAN
KAREN T. ROGERS
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
355 S. Grand Avenue, Suite 4170
Los Angeles, CA  90071-3172
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

CHARLES J. PIVEN
LAW OFFICES OF CHARLES
 J. PIVEN, P.A.
World Trade Center - Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD  21201
Telephone:  (410) 685-1300

**Counsel for Defendant**

David A. Priebe
DLA PIPER RUDNICK GRAY CARY
2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2056
Facsimile:   (650) 833-2001