SHIRLI FABBRI WEISS (Bar No. 079225)
shirli.weiss@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: (858) 677-1400
Fax: (858) 677-1401

DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
DAVID BANIE (Bar No. 217924)
david.banie@dlapiper.com
TIFFANY HARRIS-SUTTON (Bar No. 225676)
tiffany.sutton@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

Attorneys for Defendants
AXT, INC. *and* MORRIS S. YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AXT, INC. and MORRIS S. YOUNG,<br><br>*Defendants*. | CASE NO. C 04-04362 MJJ<br>[Consolidated with<br>Case No. C 04-05106 MJJ]<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING OF MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>The Honorable Martin J. Jenkins |

#7200569 (EM)

DLA PIPER RUDNICK
GRAY CARY US LLP

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

## STIPULATION

WHEREAS, Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Lead Plaintiff"), served the Consolidated Amended Complaint (the "Complaint") on November 14, 2005; and

WHEREAS, defendants AXT, Inc. and Morris S. Young ("Defendants") have moved to dismiss the Complaint, and Lead Plaintiff has filed an opposition to that motion; and

WHEREAS, by the parties' prior stipulations and Court order, Defendants' reply brief is due 20 days after service of the opposition brief, or February 21, 2006; and

WHEREAS, Defendants have requested additional time to prepare their reply brief and assess the status of the case and discuss it with Lead Plaintiff;

WHEREAS, Lead Plaintiff has agreed to defendants' request for additional time; and

WHEREAS, the Court has scheduled a Case Management Conference for Tuesday, April 4, 2006, at 2:00 p.m., which is the same day of the week as the Court's Civil Law and Motion Calendar;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendants shall file and serve their reply brief in support of their motion to dismiss the Complaint by Tuesday, March 14, 2006.

2. The hearing of the Motion shall be moved from Tuesday, March 7, 2006 at 9:30 a.m. to Tuesday, April 4, 2006 at 9:30 a.m.

Dated: February __, 2006         DLA PIPER RUDNICK GRAY CARY US LLP

                                 By _____
                                    David Priebe
                                    Attorneys for Defendants

Dated: February __, 2006         MILBERG WEISS BERSHAD & SCHULMAN LLP

                                 By _____
                                    Karen T. Rogers
                                    Attorneys for Lead Plaintiff

DLA PIPER RUDNICK GRAY CARY US LLP

1

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that:

1. Defendants shall file and serve their reply brief in support of their motion to dismiss the Complaint by Tuesday, March 14, 2006.

2. The hearing on the Motion shall be moved from Tuesday, March 7, 2006 at 9:30 a.m. to Tuesday, April 4, 2006 at 9:30 a.m.

Date: 2/22/2006          _____

UNITED STATES DISTRICT JUDGE

DLA PIPER RUDNICK GRAY CARY US LLP

2

STIPULATION AND PROPOSED [ORDER] RE: MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT
C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]