DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE (Bar No. 148679)
david.priebe@dlapiper.com
DAVID BANIE (Bar No. 217924)
david.banie@dlapiper.com
TIFFANY HARRIS-SUTTON (Bar No. 225675)
tiffany.sutton@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

**Attorneys for Defendants**
**AXT, INC. *and* MORRIS S. YOUNG**

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
KAREN T. ROGERS (SBN 185465)
CHERYL A. WILLIAMS (SBN 193532)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**Lead Counsel for the Class**

(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AXT, INC. and MORRIS S. YOUNG,<br><br>*Defendants*. | CASE NO. C 04-04362 MJJ<br>[Consolidated with<br>Case No. C 04-05106 MJJ]<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 4, 2006<br>TIME: 2:00 p.m.<br>CTRM: The Honorable Martin J. Jenkins |

#1045126 (PA)

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

**STIPULATION**

WHEREAS, Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Lead Plaintiff"), served the Consolidated Amended Complaint (the "Complaint") on November 14, 2005;

WHEREAS, defendants AXT, Inc. and Morris S. Young ("Defendants") moved to dismiss the Complaint, and Lead Plaintiff filed an opposition to that motion;

WHEREAS, by the parties' prior stipulations and Court Order, Defendants' reply brief was due and filed on Tuesday, March 14, 2006;

WHEREAS, by the parties' prior stipulations and Court Order, the hearing of the Motion is set for Tuesday, April 4, 2006 at 9:30 a.m.;

WHEREAS, the parties are required to file and serve a Case Management Statement by March 27, 2006, and to attend a Case Management Conference on Tuesday, April 4, 2006 at 2:00 p.m., which is the same day (but different time) as the Motion; and

WHEREAS, the parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after the Court rules on the Motion;

THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. The Case Management Conference currently set for April 4, 2006 at 2:00 p.m. shall be taken off calendar;

2. The Case Management Conference shall be rescheduled to take place after the resolution of the motion to dismiss; and

DLA PIPER RUDNICK GRAY CARY US LLP

#10451262 (PA)

1

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

| | | |
|---|---|---|
| 1 | | 3. The Case Management Statement shall be filed and served 7 days prior to the Case |
| 2 | Management Conference. | |
| 3 | | |
| 4 | Dated: March 24, 2006 | DLA PIPER RUDNICK GRAY CARY US LLP<br>SHIRLI FABBRI WEISS |
| 5 | | 4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133 |
| 6 | | Tel: (858) 677-1400<br>Fax: (858) 677-1401 |

3. The Case Management Statement shall be filed and served 7 days prior to the Case Management Conference.

Dated: March 24, 2006

DLA PIPER RUDNICK GRAY CARY US LLP
SHIRLI FABBRI WEISS
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
Tel: (858) 677-1400
Fax: (858) 677-1401

DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE
DAVID BANIE
TIFFANY HARRIS-SUTTON
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000
Fax: (650) 833-2001

DLA PIPER RUDNICK GRAY CARY US LLP

By _____*/s/ David Priebe*_____
   David Priebe

**Attorneys for Defendants**

Dated: March 24, 2006

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

LAW OFFICES OF CHARLES
 J. PIVEN, P.A.
Charles J. Piven
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21201
Telephone: (410) 332-0030
Facsimile: (401) 685-1300

Plaintiff's Counsel

DLA PIPER RUDNICK
GRAY CARY US LLP

#10451262 (PA)

2

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]

|   |   |
|---|---|
| 1 | MILBERG WEISS BERSHAD |
| 2 | & SCHULMAN LLP |
| 3 | By  */s/ Karen T. Rogers* |
|   | Karen T. Rogers |
| 4 |   |
| 5 | **Lead Counsel for the Class** |

### ORDER

Pursuant to the parties' stipulation, the Court HEREBY ORDERS THAT:

1. The Case Management Conference currently set for April 4, 2006 at 2:00 p.m. shall be taken off calendar;

2. The Case Management Conference shall be rescheduled to ~~take place after the resolution of the motion to dismiss, and~~ June 13, 2006 at 2:00 p.m.

3. The Case Management Statement shall be filed ~~and served 7 days prior to the Case Management Conference~~ by June 5, 2006.

IT IS SO ORDERED.

Date: 4/6/2006

UNITED STATES DISTRICT JUDGE

---

DLA PIPER RUDNICK GRAY CARY US LLP

#10451262 (PA)

3

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C 04-04362 MJJ [CONSOLIDATED WITH C 04-05106 MJJ]