MILBERG WEISS BERSHAD
   & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
KAREN T. ROGERS (SBN 185465)
CHERYL A. WILLIAMS (SBN 193532)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for the Class

LAW OFFICES OF CHARLES
   J. PIVEN, P.A.
Charles J. Piven
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21201
Telephone: (410) 332-0030
Facsimile: (401) 685-1300

Plaintiff's Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>               Defendants. | Case No. C-04-04362 MJJ<br><br>[Consolidated with Case No. C-04-05106-MJJ]<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE<br><br>The Honorable Martin J. Jenkins |

STIP & [~~PROP~~] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ
DOCS\363800v1

1  WHEREAS, Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Lead Plaintiff"), served the Consolidated Amended Complaint (the "Complaint") on November 14, 2005; and

WHEREAS, defendants AXT, Inc. and Morris S. Young ("Defendants") have moved to dismiss the Complaint, and Lead Plaintiff has filed an opposition to that motion; and

WHEREAS, by the parties' stipulation and Court order, Defendants' reply brief was due and filed on Tuesday, March 14, 2006; and

WHEREAS, by Court order, the hearing of the Motion is set for Tuesday, June 27, 2006 at 9:30 a.m.; and

WHEREAS, a Case Management Conference is set by the Court for Tuesday, June 13, 2006 at 2:00 p.m.; and

WHEREAS, the parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after the Court rules on the Motion;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Case Management Conference currently scheduled for June 13, 2006 shall be continued, and rescheduled on a date that is convenient for the Court.

DATED: May 30, 2006

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS

/s/ CHERYL A. WILLIAMS
———————————————
CHERYL A. WILLIAMS

Attorneys for Lead Plaintiff

DATED: May 30, 2006

DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE

/s/ DAVID PRIEBE
———————————————
DAVID PRIEBE

Attorneys for Defendants

STIP & [PROP] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ
- 1 -
DOCS\363800v1

1                            \*      \*      \*

2                            **ORDER**

3        Pursuant to the parties' stipulation, the Court hereby orders that the Case Management

4 Conference set for Tuesday, June 13, 2006 at 2:00 p.m. be rescheduled for August 15, 2006

5 at 2:00 p.m. .

6        IT IS SO ORDERED.

7

8 DATED: 5/31/2006                         _/s/ Martin J. Jenkins_
                                           Honorable Martin J. Jenkins
9                                            United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROP] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ           - 2 -
DOCS\363800v1

1                                <u>DECLARATION OF SERVICE BY MAIL</u>

2        I, the undersigned, declare:

3        1.      That declarant is and was, at all times herein mentioned, a resident of the County of San Bernardino, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 355 South Grand Avenue, Suite 4170, Los Angeles, California 90071.

       2.      That on May 30, 2006, declarant served the STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF THE CASE MANAGEMENT CONFERENC by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

       3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

       I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, 2006, at Los Angeles, California.

                                                                                                /s/ Faith Farina
                                                                                 FAITH FARINA

# AXT
## SERVICE LIST

*Attorneys for Plaintiff*

Jeff S. Westerman  
Karen T. Rogers  
Milberg Weiss Bershad & Schulman LLP  
355 South Grand Avenue, Suite 4170  
Los Angeles, CA  90071-3172  
Telephone:  (213) 617-1200  
Facsimile:   (213) 617-1975  

Charles J. Piven  
Law Offices Of Charles J. Piven, P.A.  
World Trade Center – Baltimore  
401 East Pratt Street, Suite 2525  
Baltimore, MD  21202  
Telephone:  (410) 332-0030  
Facsimile:   (410) 685-1300  

*Attorneys For Defendants*

David A. Priebe  
DLA Piper Rudnick Gray Cary  
2000 University Avenue  
East Palo Alto, CA  94303  
Telephone:  (650) 833-2056  
Facsimile:   (650) 833-2001  
david.priebe@dlapiper.com