| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD <br> & SCHULMAN LLP |
| 2 | JEFF S. WESTERMAN (SBN 94559) <br> KAREN T. ROGERS (SBN 185465) |
| 3 | CHERYL A. WILLIAMS (SBN 193532) <br> One California Plaza |
| 4 | 300 S. Grand Avenue, Suite 3900 <br> Los Angeles, CA 90071 |
| 5 | Telephone: (213) 617-1200 <br> Facsimile: (213) 617-1975 |
| 6 | |
| | Lead Counsel for the Class |
| 7 | |
| | BROWER PIVEN, A PROFESSIONAL ASSOCIATION |
| 8 | CHARLES J. PIVEN <br> The World Trade Center - Baltimore |
| 9 | 401 East Pratt Street, Suite 2525 <br> Baltimore, MD 21201 |
| 10 | Telephone: (410) 332-0030 <br> Facsimile: (401) 685-1300 |
| 11 | |
| | Counsel for Plaintiff |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AXT, INC., and MORRIS S. YOUNG, <br><br> Defendants. | Case No. C-04-04362 MJJ <br><br> [Consolidated with Case No. C-04-05106-MJJ] <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE <br><br> The Honorable Martin J. Jenkins |

STIP & [PROP] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ

DOCS\373871v1

1  WHEREAS, Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Plaintiff"), filed a motion requesting that the Court refer this case to private mediation on July 21, 2005; and

  WHEREAS, defendants AXT, Inc. and Morris S. Young ("Defendants") filed a statement of non-opposition to plaintiff's motion to refer this case to private mediation on July 26, 2006; and

  WHEREAS, the Court granted plaintiff's motion on July 28, 2006 and ordered the parties to attend private mediation; and

  WHEREAS, by Court order, the parties are conferring on selection of a mediator and scheduling the mediation; and

  WHEREAS, a Case Management Conference is currently scheduled for Tuesday, August 15, 2006 at 2:00 p.m.; and

  WHEREAS, the parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after the mediation;

  THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

  1. The Case Management Conference currently scheduled for August 15, 2006 shall be continued, and rescheduled on a date that is convenient for the Court.

DATED: August 7, 2006

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS


/s/ Cheryl A. Williams
CHERYL A. WILLIAMS
Attorneys for Lead Plaintiff

DATED: August 7, 2006

DLA PIPER RUDNICK GRAY CARY US LLP
DAVID PRIEBE


/s/ David A. Priebe
DAVID A. PRIEBE
Attorneys for Defendants

STIP & [PROP] ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-04362 MJJ — - 1 -

DOCS\373871v1

* * *

## ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference currently set for Tuesday, August 15, 2006 at 2:00 p.m. be rescheduled for ___October 31, 2006___ at 2:00 p.m..

IT IS SO ORDERED.

DATED:   8/8/2006

_____
Honorable Martin J. Jenkins
United States District Court Judge

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on August 7, 2006, declarant served the STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2006, at Los Angeles, California.

                        /s/ Faith Farina  
                        FAITH FARINA

**AXT**
**SERVICE LIST**

*Attorneys for Plaintiff*

| | |
|---|---|
| Jeff S. Westerman<br>Karen T. Rogers<br>Cheryl A. Williams<br>Milberg Weiss Bershad & Schulman LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071-3172<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | Charles J. Piven<br>Brower Piven, A Professional Association<br>World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br>Telephone: (410) 332-0030<br>Facsimile: (410) 685-1300 |

*Attorneys For Defendants*

David A. Priebe
DLA Piper Rudnick Gray Cary
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2056
Facsimile: (650) 833-2001
david.priebe@dlapiper.com