MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
E-mail: krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
E-mail: cwilliams@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for the Class

BROWER PIVEN, A PROFESSIONAL ASSOCIATION
CHARLES J. PIVEN
E-mail: piven@browerpiven.com
The World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21201
Telephone: (410) 332-0030
Facsimile: (401) 685-1300

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AXT, INC., and MORRIS S. YOUNG, <br><br> Defendants. | Case No. C-04-04362 MJJ <br><br> [Consolidated with Case No. C-04-05106-MJJ] <br><br> <u>CLASS ACTION</u> <br><br> STIPULATED STATUS REPORT AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER <br><br> The Honorable Martin J. Jenkins |

STIPULATED STATUS REPORT & REQUEST TO RESCHEDULE CMC; [PROP] ORDER
CASE NO. C-04-04362 MJJ

DOCS\380485v1

## STATUS REPORT

Lead Plaintiff Thomas O. Morgan, on behalf of himself and all others similarly situated ("Plaintiff"), filed a motion requesting that the Court refer this case to private mediation on July 21, 2005. Defendants AXT, Inc. and Morris S. Young filed a statement of non-opposition to Plaintiff's motion to refer this case to private mediation on July 26, 2006. The Court granted Plaintiff's motion on July 28, 2006 and ordered the parties to attend private mediation. After conferring on selection of a mediator and scheduling of the mediation, the parties are scheduled to mediate this matter before The Honorable Fern Smith (Ret.) at 9:00 a.m. on November 9, 2006.

## REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

WHEREAS, a Case Management Conference is currently scheduled for Tuesday, October 31, 2006 at 2:00 p.m.; and

WHEREAS, the parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after the mediation scheduled for November 9, 2006;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Case Management Conference currently scheduled for October 31, 2006 shall be continued, and rescheduled for December 5, 2006 at 2:00 p.m.

DATED: October 16, 2006

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS

*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS
*Attorneys for Lead Plaintiff*

DATED: October 16, 2006

DLA PIPER US LLP
DAVID PRIEBE

*/s/ David Priebe*
DAVID PRIEBE
*Attorneys for Defendants*

* * *

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference currently set for Tuesday, October 31, 2006 at 2:00 p.m. be rescheduled for ~~December 5~~ December 12, 2006 at 2:00 p.m..

IT IS SO ORDERED.

DATED: __10/16/2006__

_____
Honorable Martin J. Jenkins
United States District Court Judge