| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD<br>   & SCHULMAN LLP |
| 2 | JEFF S. WESTERMAN (SBN 94559)<br>E-mail: jwesterman@milbergweiss.com |
| 3 | KAREN T. ROGERS (SBN 185465)<br>E-mail: krogers@milbergweiss.com |
| 4 | CHERYL A. WILLIAMS (SBN 193532)<br>E-mail: cwilliams@milbergweiss.com |
| 5 | One California Plaza<br>300 S. Grand Avenue, Suite 3900 |
| 6 | Los Angeles, CA 90071<br>Telephone: (213) 617-1200 |
| 7 | Facsimile: (213) 617-1975 |
| 8 | Lead Counsel for the Class |
| 9 | BROWER PIVEN, A PROFESSIONAL ASSOCIATION<br>CHARLES J. PIVEN |
| 10 | E-mail: piven@browerpiven.com<br>The World Trade Center - Baltimore |
| 11 | 401 East Pratt Street, Suite 2525<br>Baltimore, MD 21201 |
| 12 | Telephone: (410) 332-0030<br>Facsimile: (401) 685-1300 |
| 13 | |
| | Counsel for Plaintiff |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated, | ) Case No. C-04-04362 MJJ<br>)<br>) [Consolidated with Case No. C-04-05106-MJJ] |
| Plaintiff, | )<br>) <u>CLASS ACTION</u><br>) |
| vs. | ) FURTHER STIPULATED STATUS REPORT<br>) AND REQUEST TO RESCHEDULE CASE |
| AXT, INC., and MORRIS S. YOUNG, | ) MANAGEMENT CONFERENCE;<br>) [■■■■■■] ORDER |
| Defendants. | )<br>) DATE: December 12, 2006<br>) PROPOSED NEW DATE: February 13, 2007<br>)<br>) The Honorable Martin J. Jenkins |

FURTHER STIPULATED STATUS REPORT & REQ TO RESCHEDULE CMC; [■■] ORDER
CASE NO. C-04-04362 MJJ

DOCS\386154v1

## STATUS REPORT

On July 28, 2006, the Court granted Lead Plaintiff Thomas O. Morgan's unopposed motion to refer this case to mediation and ordered the parties to attend private mediation. On November 9, 2006, the parties engaged in private mediation before the Honorable Fern Smith (Ret.). While the parties were unable to reach an agreement on that day, serious settlement discussions are continuing in good faith.

## REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

WHEREAS, a Case Management Conference is currently scheduled for Tuesday, December 12, 2006 at 2:00 p.m.; and

WHEREAS, the parties believe that they would be in a better position to discuss with each other and the Court any and all relevant issues of the Case Management Conference after fully exploring settlement efforts;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Case Management Conference currently scheduled for December 12, 2006 shall be continued, and rescheduled for February 13, 2007 at 2:00 p.m.

DATED: December 4, 2006

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS

/s/ Cheryl A. Williams
CHERYL A. WILLIAMS
*Attorneys for Lead Plaintiff*

DATED: December 4, 2006

DLA PIPER US LLP
DAVID PRIEBE

/s/ David Priebe
DAVID PRIEBE
*Attorneys for Defendants*

FURTHER STIPULATED STATUS REPORT & REQ TO RESCHEDULE CMC; [ ] ORDER
CASE NO. C-04-04362 MJJ

- 1 -

DOCS\386154v1

* * *

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference currently set for Tuesday, December 12, 2006 at 2:00 p.m. be rescheduled for February 13, 2007 at 2:00 p.m..

IT IS SO ORDERED.

DATED: 12/6/2006

_____
Honorable Martin J. Jenkins
United States District Court Judge

---

FURTHER STIPULATED STATUS REPORT & REQ TO RESCHEDULE CMC; [ ] ORDER
CASE NO. C-04-04362 MJJ

- 2 -

DOCS\386154v1