MILBERG WEISS & BERSHAD LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
E-mail: krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
E-mail: cwilliams@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for the Class

BROWER PIVEN, A PROFESSIONAL CORPORATION
DAVID A.P. BROWER
E-mail: brower@browerpiven.com
CHARLES J. PIVEN
E-mail: piven@browerpiven.com
The World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21201
Telephone: (410) 332-0030
Facsimile: (401) 685-1300

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>Defendants. | Case No. C-04-04362 MJJ<br><br>[Consolidated with Case No. C-04-05106-MJJ]<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO SAME DATE AS HEARING ON PLAINTIFF'S MOTION TO WITHDRAW LEAD PLAINTIFF; AND RESCHEDULING HEARING ON MOTION TO WITHDRAW LEAD PLAINTIFF<br><br>DATE: February 13, 2007<br>PROPOSED NEW DATE: March 20, 2007<br><br>The Honorable Martin J. Jenkins |

STIP AND [~~PROP~~] ORDER RESCHEDULING CMC TO SAME DATE OF HRG ON PLTF'S MTN TO WITHDRAW LEAD PLTF; & RESCHEDULING HRG ON PLTF'S MTN TO WITHDRAW
CASE NO. C-04-04362 MJJ

## REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

On January 26, 2007, Counsel for Lead Plaintiff, Milberg Weiss & Bershad LLP ("Milberg Weiss") and Brower Piven, P.C. ("Brower Piven"), filed a Motion to Withdraw Thomas O. Morgan as Lead Plaintiff, and Milberg Weiss and Brower Piven as Counsel of Record for Thomas O. Morgan, And to Confer with the Court Re Appointment of a Replacement Lead Plaintiff ("Motion to Withdraw Lead Plaintiff"). This motion is scheduled for hearing on March 6, 2007 at 9:30 a.m., and a Case Management Conference ("CMC") is scheduled for February 13, 2007 at 2:00 p.m.

The parties request that the Court continue the CMC to the same date as the hearing on Plaintiff's Motion to Withdraw Lead Plaintiff, and further request that both the CMC and the hearing on the Motion to Withdraw Lead Plaintiff be rescheduled to March 20, 2007 at 9:30 a.m., to allow plaintiff's counsel an opportunity to explore potential resolution of the issues with defense counsel, and so that the Court and the parties will be better informed regarding the status of a lead plaintiff in this action and appropriate next steps.

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The CMC currently scheduled for February 13, 2007, and the hearing on Plaintiff's Motion to Withdraw Lead Plaintiff scheduled for March 6, 2007, shall both be continued, and rescheduled for March 20, 2007 at 9:30 a.m.

DATED: February 5, 2007
    MILBERG WEISS BERSHAD
      & SCHULMAN LLP
    JEFF S. WESTERMAN
    KAREN T. ROGERS
    CHERYL A. WILLIAMS

    */s/ Cheryl A. Williams*
    CHERYL A. WILLIAMS
    *Attorneys for Lead Plaintiff*

DATED: February 5, 2007
    DLA PIPER US LLP
    DAVID PRIEBE

    */s/ David Priebe*
    DAVID PRIEBE
    *Attorneys for Defendants*

STIP AND [PROP] ORDER RESCHEDULING CMC TO SAME DATE OF HRG ON PLTF'S MTN TO WITHDRAW LEAD PLTF; & RESCHEDULING HRG ON PLTF'S MTN TO WITHDRAW
CASE NO. C-04-04362 MJJ
- 1 -

* * *

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference currently set for Tuesday, February 13, 2007, and the hearing on Plaintiff's Motion to Withdraw Lead Plaintiff scheduled for March 6, 2007, shall both be rescheduled for March 20, 2007 at 9:30 a.m.

IT IS SO ORDERED.

DATED: __Feb. 6, 2007____

_____
Honorable
United States District Judge

*Judge Martin J. Jenkins*

STIP AND [PROP] ORDER RESCHEDULING CMC TO SAME DATE OF HRG ON PLTF'S MTN TO WITHDRAW LEAD PLTF; & RESCHEDULING HRG ON PLTF'S MTN TO WITHDRAW
CASE NO. C-04-04362 MJJ

- 2 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on February 5, 2007, declarant served the STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE TO SAME DATE AS HEARING ON PLAINTIFF'S MOTION TO WITHDRAW LEAD PLAINTIFF; AND RESCHEDULING HEARING ON MOTION TO WITHDRAW LEAD PLAINTIFF by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February, 2007, at Los Angeles, California.

                                              */s/ Jeremy Turner*
                                              JEREMY TURNER

STIP AND [PROP] ORDER RESCHEDULING CMC TO SAME DATE OF HRG ON PLTF'S MTN TO WITHDRAW LEAD PLTF; & RESCHEDULING HRG ON PLTF'S MTN TO WITHDRAW CASE NO. C-04-04362 MJJ

- 3 -

# AXT
## SERVICE LIST

*Attorneys for Plaintiff*

| | |
|---|---|
| Jeff S. Westerman<br>Karen T. Rogers<br>Cheryl A. Williams<br>Milberg Weiss & Bershad LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071-3172<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975 | David A.P. Brower<br>Charles J. Piven<br>Brower Piven, A Professional Corporation<br>World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD 21202<br>Telephone: (410) 332-0030<br>Facsimile: (410) 685-1300 |

*Attorneys For Defendants*

David Priebe
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2056
Facsimile: (650) 833-2001
david.priebe@dlapiper.com

DOCS\393073v1

STIP AND [PROP] ORDER RESCHEDULING CMC TO SAME DATE OF HRG ON PLTF'S MTN TO WITHDRAW LEAD PLTF; & RESCHEDULING HRG ON PLTF'S MTN TO WITHDRAW
CASE NO. C-04-04362 MJJ

- 4 -