IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS O. MORGAN, ET AL.,<br><br>    Plaintiff,<br><br>  v.<br><br>AXT, INC ET AL,<br><br>    Defendant.<br>_____ / | No. C04-04362 MJJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW LEAD PLAINTIFF, GRANTING UNOPPOSED MOTION TO SUBSTITUTE LEAD PLAINTIFF, AND RESETTING CASE MANAGEMENT CONFERENCE** |

    Before this Court are two motions filed by Lead Counsel For Plaintiff: (1) a Motion To Withdraw Thomas O. Morgan As Lead Plaintiff (Docket No. 85) and (2) Motion To Substitute Lei Wei As Lead Plaintiff (Docket No. 89). Defendants have filed a statement of non-opposition to both motions. On March 8, 2007, the parties also filed a Joint Status Report that requested that the Court reschedule the Case Management Conference currently set for March 20, 2007 to permit the parties further time to pursue ongoing settlement negotiations after Plaintiff's motions are resolved.

    Good cause appearing therefor, the March 20 hearing on both unopposed motions is **VACATED**. The Motion To Withdraw Thomas O. Morgan is **GRANTED**. The Motion To Substitute Lei Wei As Lead Plaintiff is also **GRANTED**. Mr. Lei Wei is hereby substituted as lead plaintiff in this action. The Case Management Conference schedule for March 20, 2007 is **CONTINUED** until June 5, 2007.

**IT IS SO ORDERED.**

Dated: March 14, 2007

                                                                       MARTIN J. JENKINS<br>
                                                                       UNITED STATES DISTRICT JUDGE