MILBERG WEISS & BERSHAD LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
E-mail: krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
E-mail: cwilliams@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
E-mail: piven@browerpiven.com
BROWER PIVEN, P.C.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

Counsel for Plaintiff

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>　　　　　　　　Defendants. | Case No. C-04-04362 MJJ<br><br>[Consolidated with Case No. C-04-05106-MJJ]<br><br>CLASS ACTION<br><br>JOINT NOTICE OF SETTLEMENT AGREEMENT AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

JOINT NTC OF SETTLEMENT AGREEMENT & REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO. C-04-04362 MJJ
DOCS\404075v1

## I. NOTICE OF SETTLEMENT IN PRINCIPAL

The parties engaged in private mediation before the Hon. Fern Smith (Ret.) on April 24, 2007. The parties agreed to settle this case and have executed a Memorandum of Understanding, which will be incorporated into a formal Stipulation of Settlement for the Court's approval. Counsel anticipates that a motion for preliminary settlement approval will be filed before July 9, 2007.

## II. REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

In light of the settlement agreement reached in this matter, the parties respectfully request that the Court defer the CMC, currently scheduled for June 5, 2007, until July 9, 2007, by which time counsel anticipates filing a motion for preliminary settlement approval. Accordingly, the parties request that the Court reschedule the CMC for hearing on July 9, 2007.

DATED: May 24, 2007                              Respectfully submitted,

MILBERG WEISS & BERSHAD LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS


                                        /s/ Cheryl A. Williams
                                    CHERYL A. WILLIAMS

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
BROWER PIVEN, P.C.
The World Trade Center - Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD  21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

DAVID A. BROWER
BROWER PIVEN, P.C.
488 Madison Avenue, 8th Floor
New York, NY 10022

JOINT NTC OF SETTLEMENT AGREEMENT & REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO.  C-04-04362 MJJ                                                                    - 1 -
DOCS\404075v1

|   |   |
|---|---|
|   | Telephone: (212) 501-9000 |
|   | Facsimile: (212) 501-0300 |
|   |   |
|   | Counsel for Plaintiff |
| DATED: May 24, 2007 | DLA PIPER US LLP |
|   | DAVID A. PRIEBE |

                                                */s/ David A. Priebe*
                                                DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2056
Facsimile: (650) 833-2001

Counsel for Defendants

1  I, Cheryl A. Williams, am the ECF user whose identification and password are being used to file this Joint Case Management Statement and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that David Priebe has concurred in this filing.

DATED: May 24, 2007                                     /s/ Cheryl A. Williams

\* \* \*

**ORDER**

The Case Management Conference scheduled for June 5, 2007 is continued until July 31, 2007, THE COURT'S NEXT AVAILABLE CONFERENCE DATE.

DATED: June 4, 2007

The Honorable Martin J. Jenkins
United States District Judge

JOINT NTC OF SETTLEMENT AGREEMENT & REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO. C-04-04362 MJJ                                                                  - 3 -
DOCS\404075v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on May 24, 2007 on, declarant served the JOINT NOTICE OF SETTLEMENT AGREEMENT AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of May, 2007, at Los Angeles, California.

                                                           */s/ Faith Farina*
                                                           FAITH FARINA

**AXT**
**SERVICE LIST**

*Attorneys for Plaintiff*

Jeff S. Westerman
Karen T. Rogers
Cheryl A. Williams
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071-3149
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

David A. Brower
E-mail: brower@browerpiven.com
BROWER PIVEN, P.C.
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone:  (212) 501-9000
Facsimile:   (212) 501-0300

Charles J. Piven
E-mail: piven@browerpiven.com
BROWER PIVEN, P.C.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

*Attorneys For Defendants*

David Priebe
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2056
Facsimile:   (650) 833-2001
david.priebe@dlapiper.com

JOINT NTC OF SETTLEMENT AGREEMENT & REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO.  C-04-04362 MJJ
DOCS\404075v1