1  MILBERG WEISS LLP
   JEFF S. WESTERMAN (SBN 94559)
2  E-mail: jwesterman@milbergweiss.com
   KAREN T. ROGERS (SBN 185465)
3  E-mail: krogers@milbergweiss.com
   CHERYL A. WILLIAMS (SBN 193532)
4  E-mail: cwilliams@milbergweiss.com
   One California Plaza
5  300 S. Grand Avenue, Suite 3900
   Los Angeles, CA  90071-3172
6  Telephone:  (213) 617-1200
   Facsimile:   (213) 617-1975
7
   Lead Counsel for the Class
8
   CHARLES J. PIVEN
9  E-mail: piven@browerpiven.com
   BROWER PIVEN, P.C.
10 The World Trade Center-Baltimore
   401 E. Pratt Street, Suite 2525
11 Baltimore, MD  21202
12 Telephone:  (410) 332-0030
   Facsimile:   (410) 685-1300
13
   Counsel for Plaintiff
14
   [Additional Counsel appear on Signature Page]
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO DIVISION
18
19 THOMAS O. MORGAN, Individually and on  )  Case No. C-04-04362 MJJ
   Behalf of all others Similarly Situated,  )
20                                          )  CLASS ACTION
                   Plaintiff,               )
                                            )  JOINT REQUEST TO RESCHEDULE CASE
21      vs.                                 )  MANAGEMENT CONFERENCE;
                                            )  [PROPOSED] ORDER
22 AXT, INC., and MORRIS S. YOUNG,          )
                                            )
23                 Defendants.              )
                                            )
24 _____  )

25

26

27

28

JOINT REQ TO RESCHEDULE CMC; [PROP] ORDER
 CASE NO.  C-04-04362 MJJ
DOCS\410149v1

1 **REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

In light of the settlement agreement reached in this matter and the parties' need for additional time to file a motion for preliminary settlement approval, the parties respectfully request that the Court defer the Case Management Conference ("CMC"), currently scheduled for July 31, 2007, until August 30, 2007, by which time counsel anticipates filing the motion for preliminary settlement approval. Accordingly, the parties request that the Court reschedule the CMC for hearing on August 30, 2007.

DATED: July 27, 2007                                Respectfully submitted,

MILBERG WEISS LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS

*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
BROWER PIVEN, P.C.
The World Trade Center - Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD  21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

DAVID A. BROWER
BROWER PIVEN, P.C.
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone:  (212) 501-9000
Facsimile:   (212) 501-0300

Counsel for Plaintiff

DATED: July 27, 2007                                DLA PIPER US LLP
                                                    DAVID A. PRIEBE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                        */s/ David A. Priebe*
                                                        DAVID A. PRIEBE

2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2056
Facsimile: (650) 833-2001

Counsel for Defendants

JOINT REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO. C-04-04362 MJJ - 2 -
DOCS\410149v1

1  I, Cheryl A. Williams, am the ECF user whose identification and password are being
2  used to file this Joint Request to Reschedule Case Management Conference and [Proposed]
3  Order. In compliance with General Order 45.X.B., I hereby attest that David A. Priebe has
4  concurred in this filing.

5
6  DATED: July 27, 2007                         */s/ Cheryl A. Williams*

7
8                                         *   *   *
9
10                                       **ORDER**

11  The Case Management Conference scheduled for July 31, 2007 is continued until
12  ~~August 30, 2007.~~    Tuesday, August 28, 2007   at 2:00 p.m.

13
14  DATED:  7/27/2007
15                                              The Honorable Martin J. Jenkins
                                                United States District Judge

16
17
...
28

JOINT REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO.  C-04-04362 MJJ                                    - 3 -
DOCS\410149v1

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, I am employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on July 27, 2007 on, declarant served the JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. That on the above date, declarant served via e-mail to: scac@law.stanford.edu.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July, 2007, at Los Angeles, California.

*/s/ ShaRon Anthony*
SHARON ANTHONY

**AXT**
**SERVICE LIST**

*Attorneys for Plaintiff*

Jeff S. Westerman
Karen T. Rogers
Cheryl A. Williams
MILBERG WEISS LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071-3149
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

David A. Brower
E-mail: brower@browerpiven.com
BROWER PIVEN, P.C.
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone:  (212) 501-9000
Facsimile:   (212) 501-0300

Charles J. Piven
E-mail: piven@browerpiven.com
BROWER PIVEN, P.C.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

*Attorneys For Defendants*

David Priebe
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2056
Facsimile:   (650) 833-2001
david.priebe@dlapiper.com

JOINT REQ TO RESCHEDULE CMC; [PROP] ORDER
CASE NO.  C-04-04362 MJJ
DOCS\410149v1