MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
E-mail: krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
E-mail: cwilliams@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
E-mail: piven@browerpiven.com
BROWER PIVEN, A Professional Corporation
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300

Plaintiff's Counsel

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>                        Plaintiff,<br><br>   vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>                        Defendants. | Case No.  C-04-04362 MJJ<br><br>STIPULATION RE: ADMINISTRATIVE MOTION FOR LEAVE TO SEAL DOCUMENT PURSUANT TO CIVIL LOCAL RULE 79-5<br><br>JUDGE:     Hon. Martin J. Jenkins |

STIPULATION RE: ADMINISTRATIVE MOTION FOR LEAVE TO SEAL DOCUMENT PURSUANT TO CIVIL LOCAL RULE 79-5
CASE NO.  C-04-04362 MJJ

DOCS\425690v1

1 In a letter dated January 31, 2008, former lead plaintiff Thomas O. Morgan submitted an objection to the preliminary settlement in the above referenced matter with an attachment entitled Statement of Objections to the Settlement Terms in Case Number C 04-05106 MJJ (the "Statement of Objections").  Because the Statement of Objections contains communications that may be determined to be confidential or protected under attorney-client privilege or as attorney work product for the benefit of the plaintiff class, for which Mr. Morgan was the lead plaintiff when the communications occurred, Lead Plaintiff Lei Wei seeks a Court order filing the Statement of Objections under seal.  Defendants stipulate to Lead Plaintiff's request to file under seal, and Mr. Morgan acknowledges his understanding that confidentiality may be appropriate.  *See* Exhibit B to the Declaration of Cheryl A. Williams in Support of Administrative Motion for Leave to Seal Document Pursuant to Civil Local Rule 79-5.

For the reasons stated above, and subject to the Court's approval, the parties stipulate, agree and jointly respectfully request, pursuant to Civil Local Rule 79-5, that the Court file under seal the Statement of Objections to the Settlement Terms in Case Number C 04-05106 MJJ attached to the objection by Thomas O. Morgan dated January 31, 2008.

DATED: February 5, 2008                    Respectfully Submitted,

                                             MILBERG WEISS LLP
                                             JEFF S. WESTERMAN
                                             KAREN T. ROGERS
                                             CHERYL A. WILLIAMS

                                             */s/ Cheryl A. Williams*
                                             CHERYL A. WILLIAMS

                                             One California Plaza
                                             300 S. Grand Avenue, Suite 3900
                                             Los Angeles, CA  90071
                                             Telephone: (213) 617-1200
                                             Facsimile:  (213) 617-1975
                                             E-mail: jwesterman@milbergweiss.com
                                             E-mail: krogers@milbergweiss.com
                                             E-mail: cwilliams@milbergweiss.com

                                             Lead Counsel for the Class

|   |   |
|---|---|
| 1 | CHARLES J. PIVEN |
|   | E-mail: piven@browerpiven.com |
| 2 | BROWER PIVEN, A Professional Corporation |
|   | The World Trade Center-Baltimore |
| 3 | 401 E. Pratt Street, Suite 2525 |
| 4 | Baltimore, Maryland 21202 |
|   | Telephone: (410) 332-0030 |
| 5 | Facsimile: (410) 685-1300 |

DAVID A. BROWER
E-mail: brower@browerpiven.com
BROWER PIVEN, A Professional Corporation
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

Plaintiff's Counsel

DATED: February 5, 2008

DLA PIPER US LLP
DAVID PRIEBE

_____*/s/ David Priebe*_____
DAVID PRIEBE

2000 University Avenue
East Palo Alto, CA  94303
Telephone:  (650) 833-2056
Facsimile:   (650) 833-2001
E-mail: david.priebe@dlapiper.com

Attorneys for Defendants