MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milbergwiess.com
KAREN T. ROGERS (SBN 185465)
krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
cwilliams@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
E-mail: piven@browerpiven.com
BROWER PIVEN, A Professional Corporation
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

Plaintiff's Counsel

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS O. MORGAN, Individually and on Behalf of all others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AXT, INC., and MORRIS S. YOUNG,<br><br>　　　　　　　　　Defendants. | Case No. C-04-04362 MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION AND AWARDING FEES AND EXPENSES TO PLAINTIFF'S COUNSEL |

This matter came before the Court for hearing on February 26, 2008, pursuant to an Order of this Court, dated November 6, 2007, on the application of the Settling Parties for final approval of the settlement set forth in the Stipulation of Settlement dated as of September 10, 2007 (the "Stipulation"), and upon the application of Lead Plaintiff for approval of the proposed Plan of Allocation and for an award of Attorneys' Fees, as set forth in the Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys Fees And Settlement Fairness Hearing (the "Settlement Notice").  The Court having considered all matters submitted to it at the hearing and otherwise; and it appearing that a notice of the hearing substantially in the form approved by the Court was mailed to all persons or entities reasonably identifiable, who purchased or otherwise acquired AXT securities between February 6, 2001 and April 27, 2004, inclusive (the "Class Period"), as shown by the records of AXT, Inc.'s transfer agent, at the respective addresses set forth in such records, and that a summary notice of the hearing substantially in the form approved by the Court was published in the national edition of *Investor's Business Daily* pursuant to the specifications of the Court; and the Court by separate Order and Final Judgment has approved the Settlement, and the Court having considered and determined the fairness and reasonableness of the award of attorneys' fees and expenses requested; and all capitalized terms used herein having the meanings as set forth and defined in the Stipulation.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Plan of Allocation is approved as fair and reasonable, and Plaintiff's Lead Counsel and the Claims Administrator are directed to administer the Stipulation in accordance with its terms and provisions.

2. Plaintiff's Lead Counsel are hereby awarded 25% of the Gross Settlement Fund in fees, which sum the Court finds to be fair and reasonable, and $56,310.45 in reimbursement of expenses, which expenses shall be paid to Plaintiff's Lead Counsel from the Settlement Fund with interest from the date such Settlement Fund was funded to the date of payment at the same net rate that the Settlement Fund earns.  The award of attorneys' fees shall be allocated among Plaintiffs'

Counsel in a fashion which, in the opinion of Plaintiff's Lead Counsel, fairly compensates Plaintiffs' Counsel for their respective contributions in the prosecution of the Action.

3. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Gross Settlement Fund, the Court has considered and found that:

(a) the settlement has created a fund of $2,575,000 in cash that is already on deposit, plus interest thereon, and that numerous Class Members who submit acceptable Proofs of Claim will benefit from the Settlement created by Plaintiffs' Counsel;

(b) Over 19,000 copies of the Notice were disseminated to putative Class Members indicating that Plaintiffs' Counsel were moving for attorneys' fees in the amount of up to one-third (33-1/3%) of the Gross Settlement Fund and for reimbursement of expenses in an amount of approximately $100,000 and only one objection was filed against the terms of the proposed Settlement or the ceiling on the fees and expenses requested by Plaintiffs' Counsel contained in the Notice;

(c) Plaintiffs' Counsel have conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy;

(d) The action involves complex factual and legal issues and was actively prosecuted over several years and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

(e) Had Plaintiffs' Counsel not achieved the Settlement there would remain a significant risk that Lead Plaintiff and the Class may have recovered less or nothing from the Defendants;

(f) Plaintiffs' Counsel have devoted over 2,500 hours, with a lodestar value of over $1,000,000, to achieve the Settlement; and

(g) The amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are fair and reasonable and consistent with awards in similar cases.

4. Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION AND AWARDING FEES AND EXPENSES
CASE NO. C-04-04362 MJJ

- 2 -

DOCS\426834v1

1  enforcement of the Stipulation and this Order and Final Judgment, and including any application for
2  fees and expenses incurred in connection with administering and distributing the settlement proceeds
3  to the members of the Class.
4      5.   Without further order of the Court, the parties may agree to reasonable extensions of
5  time to carry out any of the provisions of the Stipulation.

Dated: _____     _____
                                                        The Honorable Martin J. Jenkins
                                                       UNITED STATES DISTRICT COURT JUDGE

Submitted By:

MILBERG WEISS LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS


      */s/ Jeff S. Westerman*
      JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975

Lead Counsel for the Class

CHARLES J. PIVEN
E-mail: piven@browerpiven.com
BROWER PIVEN, A Professional Corporation
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone:  (410) 332-0030
Facsimile:   (410) 685-1300

1
2  DAVID A. BROWER
   E-mail: brower@browerpiven.com
3  BROWER PIVEN, A Professional Corporation
   488 Madison Avenue, 8th Floor
4  New York, NY 10022
   Telephone:  (212) 501-9000
5  Facsimile:   (212) 501-0300

6  Plaintiff's Counsel

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION AND AWARDING FEES AND EXPENSES
CASE NO.  C-04-04362 MJJ

- 4 -

DOCS\426834v1